RATNER *v.* UNITED STATES ET AL.

No. 819.   Decided May 5, 1958.

*David Axelrod* and *James L. Givan* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *Walter Harwood* for the Hoover Motor Express Co., Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.